UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LISAMARIE A. BRASSFIELD, :
:
    Plaintiff : No. 4:11-CV-00847
:
vs. : (Judge Nealon)
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant :

### ORDER

**NOW**, this 6th day of December, 2012, in accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Lisamarie A. Brassfield and against Michael J. Astrue, Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Lisamarie A. Brassfield disability insurance and supplemental security income benefits is vacated and the case **REMANDED** to the Commissioner of Social Security to:

    2.1 Conduct a new administrative hearing and appropriately evaluate the vocational evidence.

3. The Clerk of Court shall **CLOSE** this case.

                    /s/ William Nealon
                    **United States District Judge**

FILED SCRANTON
DEC 0 6 2012
PER _____ DEPUTY CLERK